UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA .................................................. PLAINTIFF

v.   CASE NO. 4:14CV00423-BSM

ONE ASSORTMENT OF
93 NFA-REGULATED WEAPONS ............................................. DEFENDANTS

## VERIFIED COMPLAINT *IN REM*

The United States of America, by Christopher R. Thyer, United States Attorney for the Eastern District of Arkansas, and Assistant U.S. Attorneys Cameron C. McCree and Michael Gordon, for its verified complaint *in rem* against the above-described property, states:

### NATURE OF THE ACTION

1. This is an action to forfeit to the United States 93 weapons that are regulated by the National Firearms Act ("NFA")[1] and that are more particularly described in Exhibit 1 (collectively "the Defendant NFA-Regulated Weapons").

2. This action is governed by Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

### JURISDICTION AND VENUE

3. This Court has subject-matter jurisdiction over this action under 28 U.S.C. §§ 1345 and 1355(a).

4. This Court has *in rem* personal jurisdiction over the Defendant NFA-Regulated Weapons under 28 U.S.C. § 1355(b).

5. Venue is proper in the Eastern District of Arkansas under 28 U.S.C. §§ 1355(b)(1) and 1395 because the offense giving rise to the forfeiture occurred in this District.

---

[1] The NFA is codified at 26 U.S.C. §§ 5801 to 5872.

## BASIS FOR FORFEITURE

6. The Defendant NFA-Regulated Weapons were involved in a violation of 26 U.S.C. § 5861(d) and, therefore, are subject to forfeiture under 26 U.S.C. § 5872 and 28 U.S.C. § 2461.

## FACTS

7. The Defendant NFA-Regulated Weapons are registered to a multi-convicted felon, Dr. Randeep Mann.

8. Dr. Mann was arrested on firearms and destructive-device-related charges in March 2009. Dr. Mann was ordered detained pending trial.

9. Dr. Mann's wife, Sangeeta Mann, and son, Kundan Mann, came into possession of the Defendant NFA-Weapons after Dr. Mann's arrest. Sangeeta and Kundan Mann knew that the Defendant NFA-Weapons were present in their home, and they had access to the gunroom and safes where the Defendant NFA-Regulated Weapons were stored.

10. Sangeeta and Kundan Mann also had reason to know that the Defendant NFA-Weapons were subject to the NFA. Then Acting United States Attorney Jane Duke warned Sangeeta and Kundan Mann that they were in illegal possession of the Defendant NFA-Regulated Weapons and requested that they transfer the defendants to a Class III federal firearms licensee. The Manns did not comply with the United States Attorney's request.

11. Subsequently, in August 2009, ATF seized the Defendant NFA-Regulated Weapons as evidence against Dr. Mann in his criminal case. On August 9, 2010, Dr. Mann was convicted of seven felony counts and is currently serving a life sentence in federal prison. *See United States v. Randeep Mann et al*, United States District Court, Eastern District of Arkansas, Case Number 4:09CR00099 BSM. On the same day, Sangeeta Mann was also convicted of

felony obstruction charges related to Dr. Mann's criminal case, and as a result, she was sentenced to a 12-month term in federal prison. *Id.*

12. The Defendant NFA-Regulated Weapons are subject to forfeiture to the United States because they were illegally possessed by Sangeeta and Kundan Mann.

13. Further, the Defendant NFA-Regulated Weapons are firearms that are now registered to a convicted felon. No one can lawfully possess the Defendant NFA-Regulated Weapons; they are now contraband.

WHEREFORE, the United States prays that the Court issue an arrest warrant *in rem* as provided by Supplemental Rule G(3)(b), which the United States will execute on the Defendant NFA-Regulated Weapons as provided by 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c); that notice be given to all interested parties to appear and show cause why forfeiture should not be decreed; that the Defendant NFA-Regulated Weapons be forfeited to the United States; that due process issue to enforce the decree of forfeiture; and for all other proper relief.

Dated: July 22, 2014

CHRISTOPHER R. THYER
UNITED STATES ATTORNEY

By: /s/ Cameron McCree
CAMERON C. McCREE (2007148)
MICHAEL GORDON (00795383)
Assistant U. S. Attorneys
P. O. Box 1229
Little Rock, Arkansas 72203
(501)340-2600
Cameron.McCree@usdoj.gov
Michael.Gordon@usdoj.gov

## VERIFICATION

I, Shannon McKittrick-Cruse, verify and declare under penalty of perjury that (1) I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives; (2) I have read the foregoing Verified Complaint *in rem* and know its contents; and (3) the matters contained in the Verified Complaint *in rem* are true to my own knowledge, except that those matters stated to be alleged on information and belief and as to those matters, I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are (1) my participation in this investigation, (2) information learned from oral and written reports prepared by other law enforcement officers, and (3) information from witnesses, physical surveillance, seized contraband, and other physical evidence.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Dated: July 22, 2014

_____
SHANNON McKITTRICK-CRUSE, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

# EXHIBIT 1
## (DESCRIPTION OF DEFENDANT PROPERTY)

| DEFENDANT NUMBER | DESCRIPTION OF NFA-REGULATED WEAPON |
|---|---|
| Defendant 1 | Rock Island Armory, Inc (Geneseo, Il), .762 caliber Machine Gun, Model M60, Bearing Serial Number: 10438 |
| Defendant 2 | Heckler And Koch, 9mm, Machine Gun, Model Mp5, 9 caliber, Bearing Serial Number: 11949 |
| Defendant 3 | Colt, .556 Caliber, Machine Gun, Model M16A1, Bearing Serial Number: 9162144 |
| Defendant 4 | Unknown Manufacturer, 9mm, Machine Gun, Model Iny Tech 9, Bearing Serial Number: 23588 |
| Defendant 5 | Heckler And Koch, .762 Caliber, Machine Gun, Model HK21, Bearing Serial Number: 25187 |
| Defendant 6 | Heckler And Koch, .223 Caliber, Machine Gun, Model 93, Bearing Serial Number: A123717 |
| Defendant 7 | Springfield Armory, Geneseo, Il, .762 Caliber, Machine Gun, Model M1A, Bearing Serial Number: 0305048 |
| Defendant 8 | Beretta Usa Corp, .762 Caliber, Machine Gun, Model BM59, Bearing Serial Number: X000264 |
| Defendant 9 | Valmet, .762 Caliber, Machine Gun, Model 78, Bearing Serial Number: 158867 |
| Defendant 10 | Armalite, .556 Caliber, Machine Gun, Model AR18, Bearing Serial Number: A6123 |
| Defendant 11 | Fabrique D'armes De Guerre De Precision, .762 Caliber, Machine Gun, Model 4/58, Bearing Serial Number: 83477 |
| Defendant 12 | H&K, MP5SD, Silencer, Bearing Serial Number: 001808 |
| Defendant 13 | AWC Systems, Optima, Silencer, Bearing Serial Number: A-372 |
| Defendant 14 | AWC Systems, Optima, Silencer, Bearing Serial Number: P4021 |
| Defendant 15 | Qualified Manufacturing, Receiver, Bearing Serial Number: A236 |
| Defendant 16 | Qualified Manufacturing, Receiver, Bearing Serial Number: A233 |
| Defendant 17 | Military Armament Corp., M10, Silencer, Bearing Serial Number: 2-2002435 |
| Defendant 18 | American Arms Inc. - N.K.C., Mo, .22 Caliber, Machine Gun, Model M10, Bearing Serial Number: A01170 |
| Defendant 19 | SWD, 9mm, Machine Gun, Model M11, Bearing Serial Number: 850007444 |
| Defendant 20 | Beretta Usa Corp, 9mm, Machine Gun, Model 93R, Bearing Serial Number: C01793z |
| Defendant 21 | Heckler And Koch, 9mm, Machine Gun, Model 94, Bearing Serial Number: 7203 |
| Defendant 22 | Walther, 9mm, Machine Gun, Model Mpl, Bearing Serial Number: 29393 |
| Defendant 23 | Intratec, 9mm, Machine Gun, Model Tech 9, Bearing Serial Number: 23877 |
| Defendant 24 | Vector Arms, Inc., 9mm, Machine Gun, Model HR4332, Bearing Serial Number: 102288 |

| | |
|---|---|
| Defendant 25 | Smith Manufacturing Inc., Holland, OH, 9mm, Machine Gun, Model Uzi, Bearing Serial Number: 114107 |
| Defendant 26 | Heckler And Koch, 9mm Machine Gun, Model MP5, Bearing Serial Number: 7967 |
| Defendant 27 | Vector Arms, Inc., .45 Caliber, Machine Gun, Model HR4332, Bearing Serial Number: 102408 |
| Defendant 28 | Walther, 9mm, Machine Gun, Model MP, Bearing Serial Number: 6447 |
| Defendant 29 | Vector Arms, Inc., .45 Caliber, Machine Gun, Model HR4332, Bearing Serial Number: 102407 |
| Defendant 30 | Colt, .556 Caliber, Machine Gun, Model M16A1, Bearing Serial Number: 9559375 |
| Defendant 31 | Walther, 9mm, Machine Gun, Model Kurz170, Bearing Serial Number: 5170 |
| Defendant 32 | G.E. Lewis & Sons, 9mm, Machine Gun, Model MP40, Bearing Serial Number: 2293 |
| Defendant 33 | Ruger, .223 Caliber, Machine Gun, Model AC-556, Bearing Serial Number: 191-12640 |
| Defendant 34 | Ruger, .223 Caliber, Machine Gun, Model AC-556, Bearing Serial Number: 191-12641 |
| Defendant 35 | Galena Industries Inc., .556 Caliber, Machine Gun, Model IMI, Bearing Serial Number: AAl2076333 |
| Defendant 36 | Springfield Armory, Geneseo, Il, .762 Caliber, Machine Gun, Model SAR-48, Bearing Serial Number: Sf-1004 |
| Defendant 37 | Ruger, .223 Caliber, Machine Gun, Model AC-556, Bearing Serial Number: 19112475 |
| Defendant 38 | G.E. Lewis & Sons, .792 Caliber, Machine Gun, Model MG42, Bearing Serial Number: 6033c |
| Defendant 39 | Heckler And Koch, 9mm, Machine Gun, Model MP5D, Bearing Serial Number: C319043 |
| Defendant 40 | One Red Dog Target Supply, Silencer, Bearing Serial Number: S-2170 |
| Defendant 41 | Williams Arms Company, 9mm, Machine Gun, Model Swedk, Bearing Serial Number: L011 |
| Defendant 42 | Beretta Usa Corp, 9mm, Machine Gun, Model 12S, Bearing Serial Number: F37524 |
| Defendant 43 | Japan, .77 Caliber, Machine Gun, Model AC-556, Bearing Serial Number: 6742 |
| Defendant 44 | G.E. Lewis & Sons, 8mm, Machine Gun, Model MG34, Bearing Serial Number: 8611F |
| Defendant 45 | G.E. Lewis & Sons, .792 Caliber, Machine Gun, Model MG42, Bearing Serial Number: 2068C |
| Defendant 46 | Fnh Usa, Llc, .556 Caliber, Machine Gun, Model FNB, Bearing Serial Number: FN007997 |
| Defendant 47 | Polytechnologies, .762 Caliber, Machine Gun, Model AKS, Bearing Serial Number: PF85000722 |
| Defendant 48 | FNH USA, LLC, .556 Caliber, Machine Gun, Model Mini M1, Bearing Serial Number: FN008965 |

| | |
|---|---|
| Defendant 49 | Unknown Manufacturer, .308 Caliber, Machine Gun, Model Fd M78, Bearing Serial Number: 390127 |
| Defendant 50 | Valmet, .556 Caliber, Machine Gun, Model M78, Bearing Serial Number: 158834 |
| Defendant 51 | Unknown Manufacturer, 8mm, Machine Gun, Model IPR MG34, Bearing Serial Number: 1666 |
| Defendant 52 | Unknown Manufacturer, .792 Caliber, Machine Gun, Model INR MP44, Bearing Serial Number: 6910 |
| Defendant 53 | Unknown Manufacturer, .45 Caliber, Machine Gun, Model AOC 1928, Bearing Serial Number: 2071A |
| Defendant 54 | One Hec, HK, Auto Sear, Bearing Serial Number: H1836 |
| Defendant 55 | One Hec, HK, Auto Sear, Bearing Serial Number: H1835 |
| Defendant 56 | One Hec, HK, Auto Sear, Bearing Serial Number: H1834 |
| Defendant 57 | One Ato, MK9, Silencer, Bearing Serial Number: S-0534 |
| Defendant 58 | One Mix, M10, Silencer, Bearing Serial Number: 2-2001792 |
| Defendant 59 | Cobra Enterprises, Inc., 9mm, Machine Gun, Model M11, Bearing Serial Number: 85-0007445 |
| Defendant 60 | Cobra Enterprises, Inc., 9mm, Machine Gun, Model M11, Bearing Serial Number: 85-0007446 |
| Defendant 61 | Unknown Manufacturer, .50 Caliber, Machine Gun, Model ER Maples M2HB, Bearing Serial Number: 000120 |
| Defendant 62 | Colt, .50 Caliber, Machine Gun, Model M3, Bearing Serial Number: 2310263 |
| Defendant 63 | Steyr, .223 Caliber, Machine Gun, Model AUG, Bearing Serial Number: 900SA067 |
| Defendant 64 | Heckler And Koch, 9mm, Machine Gun, Model Unknown, Bearing Serial Number: H1327 |
| Defendant 65 | FNH USA, LLC, Machine Gun, Model Unknown, Cal: 223, Bearing Serial Number: Fn008629 |
| Defendant 66 | Unknown Manufacturer, Machine Gun, Model Bren MK1, Cal: 303, Bearing Serial Number: 1M68135 |
| Defendant 67 | Harrington And Richardson, Machine Gun, Model M16, Cal: 9, Bearing Serial Number: 2005748 |
| Defendant 68 | Heckler And Koch, 9mm, Machine Gun, Model MP5, Bearing Serial Number: H0164 |
| Defendant 69 | One Silencer, Serial Number 11127S |
| Defendant 70 | Colt, .303 Caliber, Machine Gun, Model AR15, Bearing Serial Number: SP85682 |
| Defendant 71 | Cobra Enterprises, Inc., .223 Caliber, Machine Gun, Model Unknown, Bearing Serial Number: 86-0010534 |
| Defendant 72 | Walther, 9mm, Machine Gun, Model MP, Bearing Serial Number: 11750 |
| Defendant 73 | Unknown Manufacturer, 9mm, Machine Gun, Model GE MP40, Bearing Serial Number: 6534A |
| Defendant 74 | F.N. (FN Herstal), .762 Caliber, Machine Gun, Model INR MP44, Bearing Serial Number: 6602392 |

| Defendant 75 | Unknown Manufacturer, .762 Caliber, Machine Gun, Model FMT 58, Bearing Serial Number: 112121AC |
|---|---|
| Defendant 76 | Ruger, .223 Caliber, Machine Gun, Model AC-556, Bearing Serial Number: 191-12644 |
| Defendant 77 | Ruger, .223 Caliber, Machine Gun, Model AC-556, Bearing Serial Number: 191-12643 |
| Defendant 78 | Ruger, .223 Caliber, Machine Gun, Model AC-556, Bearing Serial Number: 191-12642 |
| Defendant 79 | Unknown Manufacturer, .792 Caliber, Machine Gun, Model GE MG34, Bearing Serial Number: 6225 |
| Defendant 80 | Springfield Armory, Geneseo, Il, .762 Caliber, Machine Gun, Model M1A, Bearing Serial Number: 038641 |
| Defendant 81 | Valmet, .223 Caliber, Machine Gun, Model Unknown, Bearing Serial Number: 165357 |
| Defendant 82 | Beretta USA Corp, .223 Caliber, Machine Gun, Model SC70, Bearing Serial Number: M32605 |
| Defendant 83 | Colt, 9mm, Machine Gun, Model M16A2, Bearing Serial Number: B002353 |
| Defendant 84 | One Dunock Burton, Auto Sear, Bearing Serial Number: A1000 |
| Defendant 85 | One SWD GA, Auto Sear, Bearing Serial Number Ac234 |
| Defendant 86 | Colt, .556 Caliber, Machine Gun, Model M16, Bearing Serial Number: 9053204 |
| Defendant 87 | One BGW, R30, Silencer, Bearing Serial Number: S0495 |
| Defendant 88 | Fabrique D'armes De Guerre De Precision, .223 Caliber, Machine Gun, Model Sporter, Cal: 223, Bearing Serial Number: 023083 |
| Defendant 89 | Sterling, 9mm, Machine Gun, Model SMG, Bearing Serial Number: KR11216 |
| Defendant 90 | One S&H Arms, Silencer, Bearing Serial Number 40125 |
| Defendant 91 | Heckler And Koch, 9mm, Machine Gun, Model MP5K, Bearing Serial Number: 7977 |
| Defendant 92 | Beretta USA Corp, .762 Caliber, Machine Gun, Model BM59, Bearing Serial Number: X000246 |
| Defendant 93 | Unknown Manufacturer, .762 Caliber, Machine Gun, Model Brem Mkii, Bearing Serial Number: 8T8019 |