FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 1 2 2014

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. 4:14-CV-0423 BSM | |
| ONE ASSORTMENT OF 93 NFA-REGULATED WEAPONS | DEFENDANTS IN REM |
| TRENT P. PIERCE | CLAIMANT |

## VERIFIED CLAIM OF TRENT P. PIERCE

Comes Trent P. Pierce, individually and through his attorney, Robert M. Cearley, Jr, and states under oath as follows:

1. This claim is submitted under authority of Rule G of the SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS AND ASSET FORFEITURE ACTIONS.

2. Pursuant to Rule G(5)(a)(i)(A) Trent P. Pierce identifies each and every of the 93 weapons which are the subject of this action as property he claims.

3. Pursuant to Rule G(5)(a)(i)(B) Trent P. Pierce identifies himself as the claimant and identifies his interest in the property as follows:

   a. He is the victim of crimes of which Randeep Mann was convicted and for which Mann is serving a life-term in federal prison. The property at issue is the most valuable asset owned by Randeep Mann and is subject to the lien asserted by the government for the benefit of Claimant pursuant to Restitution Orders entered by this Court in *United States of America v. Randeep Mann and Sangeeta Mann*, United States District Court, Eastern District of Arkansas, NO. 4:09CR00099 BSM, which the United States Attorney is charged with enforcing.

1

b. The 93 NFA-Regulated Weapons may be legally owned by someone and may be legally sold and transferred to discharge Randeep Mann's restitution obligation to Claimant which may never be paid if the government destroys Defendant's most valuable asset.

c. Claimant has obtained a judgment against Randeep Mann in a case styled, *Trent P. Pierce and Melissa Pierce v. Randeep Mann, et al, Circuit Court Of Crittenden County, Arkansas, Case No. CV-2010-61*, in which judgment for liability for compensatory and punitive damages was entered on December 19, 2013 and trial to determine damages is set to begin, March 16, 2014. Sale or destruction of Randeep Mann's limited assets under these circumstances is prohibited under Arkansas law as a fraudulent transfer (Ark. Code Ann. § 4-590-201 et seq.) and under federal law as a fraudulent transfer (11 U.S.C. § 548).

4. Trent P. Pierce asserts, therefore, that under Arkansas law and federal law he has both legal and equitable claims to the property in question that should be preserved and protected by this Court.

5. This claim has been made in good faith and in the time prescribed by law.

6. Pursuant to Rule G(5)(b), Trent P. Pierce will file an answer within 21 days of the filing of this Claim.

WHEREFORE, Claimant files his claim and asserts his interest.

_____
Trent Pierce, Claimant

## VERIFICATION

The foregoing is true to the best of my knowledge, information, and belief.

_____
Trent Pierce, Claimant

STATE OF ARKANSAS )

COUNTY OF Crittenden )

Subscribed and sworn to before me this 12th day of September, 2014.



Victoria Russell
Notary Public

/s/ Robert M. Cearley, Jr.
Robert M. Cearley, Jr.
Ark. Bar # 69-008
CEARLEY LAW FIRM, P.A.
212 Center Street, Suite 200
Little Rock, AR 72201
501.372.5600 (p)
501.374.3463 (f)
bob@cearleylawfirm.com

Attorney for Claimant

## CERTIFICATE OF SERVICE

I, Robert M. Cearley, Jr., hereby certify that I have served a copy of the foregoing on all parties this 12th day of September, 2014 by CM-ECF.

/s/ Robert M. Cearley, Jr.

Robert M. Cearley, Jr.

3