IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                               PLAINTIFF

v.                          CASE NO. 4:14-CV-00423 BSM

ONE ASSORTMENT OF 93 NFA-REGULATED WEAPONS            DEFENDANT

## ORDER

The government's motion for leave to file an amended complaint [Doc. No. 18] is granted because the request was timely and the proposed amendment will not prejudice an opposing party. *See* Fed. R. Civ. P. 15(a)(2); *United States ex rel. v. St. Luke's Hosp., Inc.*, 441 F.3d 552, 557-58 (8th Cir. 2006). The government is directed to file its amended complaint forthwith.

IT IS SO ORDERED this 19th day of October 2015.

_____
UNITED STATES DISTRICT JUDGE