IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                               CASE NO. 4:14-CV-00423 BSM

ONE ASSORTMENT OF 93 NFA-REGULATED WEAPONS            DEFENDANT

## ORDER

Randeep Mann's motion to join his brother as a necessary and indispensable party under Rule 19(a) of the Federal Rules of Civil Procedure [Doc. No. 20] is denied. When the United States brings a civil forfeiture action, "any person claiming an interest in the seized property may file a claim asserting such person's interest in the property in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Crimes." 18 U.S.C. § 983(a)(4)(A). Supplemental Rule G clearly describes the process for filing a verified complaint and answer in a "forfeiture action in rem arising from a federal statute." Fed. R. Civ. P., Supp. R. G(1). Three other parties have properly filed verified claims and answers pursuant to Supplemental Rule G(5), and the time to file these documents has long passed. Rule 19(a) does not permit a party to sidestep the procedure set forth in Supplemental Rule G(5). Accordingly, the motion is denied.

IT IS SO ORDERED this 22nd day of October 2015.

_____
UNITED STATES DISTRICT JUDGE