## DECLARATION

COMES NOW the declarant, Matthew D. Campbell, and as authorized by

28 U.S.C. § 1746, states and declares under penalty of perjury all as follows:

1.      My name is Matthew D. Campbell.

2.      I reside in Pulaski County, Arkansas.

3.      I am of legal age and of sound mind and body.

4.      I am a member of the bar of the State of Arkansas and of the bars of

the United States District Courts for the Eastern and Western Districts of Arkansas

and the District of Colorado, and of United States Court of Appeals for the Eighth

Circuit.

5.      On February 27, 2014, I filed an action on behalf of Sandip Singh

Mann (Captain Mann) in the Circuit Court of Pope County, Arkansas, based on

funds due and owing from his brother Randeep Singh Mann, M.D. (Dr. Mann).

The court entered judgment in favor of Captain Mann on May 14, 2014.

6.      By September 12, 2014, I learned that the United States Attorney's

Office had filed civil forfeiture actions against certain property of Dr. Mann, in

which I believed Captain Mann had a legitimate interest by virtue of the

outstanding judgment of the Circuit Court of Pope County I had obtained.

7.      On September 17, 2014, I sent an e-mail to Assistant U.S. Attorney

Cameron McCree, counsel for the plaintiff in Nos. 4:14-CV-00134-BSM and 4:14-

CV-00423-BSM, the actions seeking forfeiture of the subject property of Dr.

Mann. I attach a true and correct copy of this e-mail as Campbell Declaration Exhibit A.

8.     The e-mail explained that I was aware that the plaintiff had allowed both Dr. Mann and Dr. Trent Pierce to file claims belatedly. I requested leave to do so on behalf of Captain Mann.

9.     On the same day or the next day, Mr. McCree called me in reply to this e-mail. He said that the window for a claim like Captain Mann's to be filed had not opened, and would not open until the United States published written notice regarding the forfeiture. For that reason, he said, the claim would not be belated. Mr. McCree told me that he would notify me when the requisite notice had been published, so that I could file the claim when it needed to be filed.

10.     I have not received any communication from Mr. McCree indicating that Captain Mann's claim was ripe for filing.

Further, the declarant saith naught.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:   10-23-15

MATTHEW D. CAMPBELL



Matthew Campbell <matt@pinnaclelawfirm.com>

## 4:14-cv-423 (Randeep Mann NFA Firearms Forfeiture)
1 message

**Matt Campbell** <matt@pinnaclelawfirm.com>                            Wed, Sep 17, 2014 at 2:30 PM
To: Cameron.McCree@usdoj.gov

Mr. McCree,

My name is Matt Campbell, and I represent Sandip Mann in ongoing litigation against his brother, Randeep
Mann. In May, we obtained a judgment against Randeep for almost $7M. A copy of that judgment is attached.
The judgment allows for Sandip to arrange for the liquidation of the firearms that are now the subject of the
forfeiture action. Sandip and I were unaware until late last Friday that a forfeiture action had been filed against
those firearms.

As I understand it, you graciously allowed Randeep Mann and Dr. Pierce to belatedly file claims in that forfeiture
action. I am writing to request that Sandip be allowed to do the same based on the judgment against Randeep.
If you would prefer to discuss this by phone, I can be reached on my cell today at 501-749-6278.

Thanks,

Matt Campbell



🗎 **2014-05-14 Mann Order of Judgment.pdf**
    49K