# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA          **PLAINTIFF**

v.          **4:14-CV-0134-BSM**

ONE INTERORD CORPORATION MODEL
USAS-12, 12-GAUGE SHOTGUN, SERIAL
NUMBER A0002089SA          **DEFENDANT IN REM**

**SANDIP MAN**          **CLAIMANT**

---

### VERIFIED CLAIM OF SANDIP MANN

COMES NOW Sandip Mann, by and through his attorney, Matthew D. Campbell, and states under oath as follows:

1. This claim is submitted under authority of Rule G of the SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY & MARITIME CLAIMS & ASSET FORFEITURE ACTIONS.

2. Pursuant to Rule G(5)(a)(i)(A), Sandip Mann identifies, as property that he claims, One Interord Corporation Model USAS-12, 12-gauge shotgun, serial number A0002089SA.

3. Pursuant to Rule G(5)(a)(i)(B), Sandip Mann identifies himself as the claimant and identifies his interest in the property as follows:

   a. He sued Randeep Mann in Pope County (AR) Circuit Court for breach of contract related to loans and leases that he had made to Randeep Mann, and he obtained a judgment against Randeep Mann on or about May 14, 2014, in the amount of $6,929,269.11. A copy of that judgment is attached hereto as Exhibit A.





1

b. The property at issue in this matter is a valuable asset owned by Randeep Mann and is subject to the lien asserted by the government pursuant to Restitution Orders entered by this Court in *United States of America v. Randeep Mann, et al.*, Case No. 4:09-CR-0099-BSM (E.D. Ark.).

c. The Order of Judgment entered by the Pope County Circuit Court specifically allows Claimant to liquidate the property that is the subject of this action.

d. The One Interord Corporation Model USAS-12, 12-gauge shotgun, serial number A0002089SA, may be legally owned by someone and may be legally sold and transferred to discharge Randeep Mann's debt to Sandip Mann, which may never be paid if the government destroys Randeep Mann's assets.

e. Sale or destruction of Randeep Mann's limited assets under these circumstances is prohibited as a fraudulent transfer under Arkansas Code Annotated §§ 4-59-201 through -212 and 18 U.S.C. § 548.

4. Sandip Mann asserts that he has both legal and equitable claims to the property in question, said claims arising under both state and federal law, and that the property should therefore be transferred to an appropriate party so that the firearms can be sold and the money give to Sandip Mann in satisfaction of the debt owed to him by Randeep Mann.

5. This claim has been made in good faith and in the time prescribed by law.

6. Pursuant to Rule G(5)(b), Sandip Mann will file an answer within twenty-one (21) days of the filing of this Claim.



WHEREFORE, Claimant files his claim and asserts his interests.

Sandip Mann, Claimant

## VERIFICATION

The foregoing is true to the best of my knowledge, information, and belief.

Sandip Mann, Claimant

Sworn to and signed before me this _____ day of _____, 2014

Certifying Official/Notary Public

[SEAL OR STAMP]

Notary Public
KARNAL

2 2 SEP 2014

Valid outside INDIA Confirmed
to be original & genuine documents

NOTARY PUBLIC
KARNAL(HARYANA)INDIA

2 2 SEP 2014

3

MAY-14-2014 13:20 From: JUDGE 8475555610    479-967-6079    To: 15013010160    P.1/2
Case 4:14-cv-00423-BSM    Document 27-2    Filed 10/30/15    Page 4 of 8

EXHIBIT A

## IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS
### FOURTH DIVISION

**SANDIP MANN**                                                    PLAINTIFF

VS.                                    **CASE NO. CV-2014-66**

**RANDEEP MANN**                                              DEFENDANT

### ORDER

On this _____ day of May, 2014, Plaintiff's motion for judgment on the pleadings came to be considered by this Court. Having reviewed the pleadings in this case, the Court finds as follows:

1. Jurisdiction and venue are proper in this Court.

2. Plaintiff pleaded causes of action for breach of certain loan contracts and for breach of certain commercial lease contracts.

3. Plaintiff and Defendant are in agreement as to the amounts loaned to Defendant, the interest rates and computation for each of the loans, the monthly rent due on the commercial leases, and the interest rate and computation for each of the commercial leases.

4. Plaintiff asserts, and Defendant does not dispute, that the loan contracts allowed Plaintiff to liquidate the assets of Exotic Weaponry—a firearms store previously owned by Defendant—in the event of a default by Defendant on any of the loans.

5. Defendant defaulted on the loans and commercial lease agreements, and these defaults placed him in breach of the relevant contracts.

6. With interest, the total amount owed by Defendant on the loan contracts is $6,048,780.34.



7. With interest, the total amount owed on the commercial lease contracts is $880,488.77.

8. Defendant is currently subject to a lien, held by the United States government, in an amount equal to or less than $780,137.52.

9. Plaintiff is entitled to judgment on the pleadings as a matter of law, inasmuch as the pleadings show on their face that the Defendant has no defense to the allegations in the Complaint.

10. Judgment therefore should be, and hereby is, entered in favor of the Plaintiff in the amount of $6,929,269.11, which reflects the cumulative total owed to Plaintiff by Defendant.

11. Subject to any encumbrances arising from the United States Government's lien, Plaintiff is entitled to liquidate the assets, if any, currently in the possession of Exotic Weaponry or its successors or assigns, as well as any movable or non-movable property owned by Defendant.

IT IS SO ORDERED.

_Perin c. Sutterfield_
CIRCUIT JUDGE

_5/14/14_
DATE

Prepared by:
Matthew D. Campbell
PINNACLE LAW FIRM, PLLC
424 W. 4th St., Suite A
North Little Rock, AR 72114
P: (501) 396-9246
F: (501) 421-0189

NOTARY PUBLIC
LALIT CHOPRA
KARNAL
Regd. No. 4958
GOVT. OF INDIA

ATTESTED
Photostate/True Copy

Notary Public
KARNAL
2 2 SEP 2014

2

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                      4:14-CV-0423-BSM

ONE ASSORTMENT OF 93
NFA-REGULATED WEAPONS                                       DEFENDANTS IN REM

SANDIP MAN                                                  CLAIMANT

## VERIFIED CLAIM OF SANDIP MANN

COMES NOW Sandip Mann, by and through his attorney, Matthew D. Campbell, and

states under oath as follows:

1. This claim is submitted under authority of Rule G of the SUPPLEMENTAL RULES FOR

   CERTAIN ADMIRALTY & MARITIME CLAIMS & ASSET FORFEITURE ACTIONS.

2. Pursuant to Rule G(5)(a)(i)(A), Sandip Mann identifies, as property that he claims, each

   and every of the ninety-three (93) weapons that are the subject of this action.

3. Pursuant to Rule G(5)(a)(i)(B), Sandip Mann identifies himself as the claimant and

   identifies his interest in the property as follows:

   a. He sued Randeep Mann in Pope County (AR) Circuit Court for breach of contract

      related to loans and leases that he had made to Randeep Mann, and he obtained a

      judgment against Randeep Mann on or about May 14, 2014, in the amount of

      $6,929,269.11. A copy of that judgment is attached hereto as Exhibit A.

   b. The property at issue in this matter is the most valuable asset owned by Randeep

      Mann and is subject to the lien asserted by the government pursuant to Restitution

1

Orders entered by this Court in *United States of America v. Randeep Mann, et al.*, Case No. 4:09-CR-0099-BSM (E.D. Ark.).

   c.  The Order of Judgment entered by the Pope County Circuit Court specifically allows Claimant to liquidate the property that is the subject of this action.

   d.  The 93 NFA-Regulated Weapons may be legally owned by someone and may be legally sold and transferred to discharge Randeep Mann's debt to Sandip Mann, which may never be paid if the government destroys this asset.

   e.  Sale or destruction of Randeep Mann's limited assets under these circumstances is prohibited as a fraudulent transfer under Arkansas Code Annotated §§ 4-59-201 through -212 and 18 U.S.C. § 548.

4.  Sandip Mann asserts that he has both legal and equitable claims to the property in question, said claims arising under both state and federal law, and that the property should therefore be transferred to an appropriate party so that the firearms can be sold and the money give to Sandip Mann in satisfaction of the debt owed to him by Randeep Mann.

5.  This claim has been made in good faith and in the time prescribed by law.

6.  Pursuant to Rule G(5)(b), Sandip Mann will file an answer within twenty-one (21) days of the filing of this Claim.

      WHEREFORE, Claimant files his claim and asserts his interests.

_____
Sandip Mann, Claimant

2

## VERIFICATION

The foregoing is true to the best of my knowledge, information, and belief.

Sandip Mann, Claimant

Sworn to and signed before me this _____ day of _____, 2014

Certifying _____ Notary Public

ATTESTED
[SEAL OR STAMP]
Notary Public
KARNAL
2 2 SEP 2014

Valid outside INDIA Confirmed
to be original & genuine documents
NOTARY PUBLIC
KARNAL (HARYANA) INDIA

2 2 SEP 2014

3